# Exhibit A

 # Human Rights Defense Center

### DEDICATED TO PROTECTING HUMAN RIGHTS

April 28, 2025

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

Sent via online: <u>SecureRelease™ Portal</u>

**Re:    Request for Phone Contracts and Payments**

To the FOIA Officer:

The Human Rights Defense Center (HRDC) makes this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq.*

We are requesting the following records regarding telephone services:

1. All contracts or other agreements, including all exhibits, addenda and extensions, between U.S. Immigration and Customs Enforcement (ICE) and any provider of services for use by prisoners or other detainees that are currently in effect, as of the date of this request, that provide the following service:

   **Telephone calls**

2. Documents detailing all payments received by U.S. Immigration and Customs Enforcement (ICE) from any of the vendors or service providers for the above services, or on behalf of any of the above service providers, from January 1, 2019 to present.

3. Documents detailing rates for telephone calls made by prisoners or other detainees of U.S. Immigration and Customs Enforcement (ICE) that are currently in effect.

4. Records detailing all fees related to use of the above services by the prisoners or other detainees of any U.S. Immigration and Customs Enforcement (ICE) that are currently in effect. This request specifically includes all ancillary fees incurred by people who accept calls from prisoners or other detainees, including fees related to prepaid phone accounts, money transfers and the other services listed above.

---

5. If the agency is paying for any of the above services, records detailing the terms of the services and the amount paid for them.

6. Documents showing how much, if any, commissions are being paid to ICE by the vendor for said telephone services.

HRDC is a nonprofit organization and the requested records will be used for the benefit of the public through our non-commercial news reporting, and will contribute significantly to public understanding of government operations and activities U.S. Immigration and Customs Enforcement (ICE). Given this public benefit, we request a waiver of all fees. Courts have previously ruled that HRDC is entitled to fee waivers for its FOIA requests.

In the event our fee waiver request is denied, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*., HRDC requests a summary of any applicable charges be provided before any copies are made.

If this request is denied in whole or part, please justify all denials by reference to specific exemptions. If any records responsive to this request are denied in part, we expect the release of all segregable portions of those records. Additionally, please outline any administrative appeals process available.

Please contact me via email, foia@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

Tiffany Hollis
Paralegal/Public Records Manager
HUMAN RIGHTS DEFENSE CENTER