# Exhibit B

| | |
|---|---|
| **From:** | ice-foia@ice.dhs.gov |
| **To:** | FOIA General Mailbox |
| **Subject:** | ICE FOIA 2025-ICFO-34034 |
| **Date:** | Thursday, May 1, 2025 7:11:49 AM |

05/01/2025

Kathrine Browne
509 Olive Way
Seattle, Washington 98101

RE:  ICE FOIA Case Number 2025-ICFO-34034

Dear Requester:

This acknowledges receipt of your 4/28/2025, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for records pertaining to all
contracts or other agreements, including all exhibits, addenda and extensions, between U.S. Immigration and Customs Enforcement (ICE) and any provider of services for use by prisoners or other detainees that are currently in effect, as of the date of this request, that provide the following service, documents detailing all payments received by U.S.
Immigration and Customs Enforcement (ICE) from any of the vendors or service providers for the above services, or on behalf of any of the above service providers, from
January 1, 2019 to present, documents detailing rates for telephone calls made by prisoners or other detainees of U.S. Immigration and Customs Enforcement (ICE) that are
currently in effect, records detailing all fees related to use of the above services by the prisoners or other detainees of any U.S. Immigration and Customs Enforcement (ICE)
that are currently in effect. This request specifically includes all ancillary fees incurred by people who accept calls from prisoners or other detainees, including fees related to
prepaid phone accounts, money transfers and the other services listed above, if the agency is paying for any of the above services, records detailing the terms of the services.
and the amount paid for them, documents showing how much, if any, commissions are being paid to ICE by the vendor for said telephone services.
Your request was received in this office on 4/28/2025.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA
regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your
request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search,
ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office.
Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS Interim FOIA
regulations as they apply to non-commercial requesters.  As a non-commercial requester, you will be charged 10 cents per page for duplication; the first 100 pages are free, as are the first two hours of search time, after which you will pay the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial
personnel) of the searcher.  We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of
releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed
with your request.

If you have any questions, please contact FOIA Public Liaison, Daniel Edgington at 500 12th Street, SW, Washington DC 20536 or (866) 633-1182. Additionally, you have a
right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies
as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives
and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned reference number 2025-ICFO-34034. Please use this number in future correspondence.


Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009