UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civil Action No. 25-3919 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's January 15, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant U.S. Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action:

1.　This case concerns a FOIA request submitted to ICE on April 28, 2025. Plaintiff filed the Complaint on November 12, 2025, and ICE answered the Complaint on January 14, 2026.

2.　ICE respectfully reports as follows: ICE has completed an initial search for potentially responsive records. That search determined that there are 1,020 pages of potentially responsive records. ICE is currently reviewing these potentially responsive records, and intends to make its first production by March 15, 2026, and further productions every 60 days thereafter. At this time, ICE expects to process approximately 500 pages in every production.

3.　The parties will work together throughout this litigation to attempt to reduce the issues for the Court.

4.　The parties respectfully request that the Court order the parties to file another joint status report on or before May 5, 2026, with additional joint status reports due every ninety days thereafter. The parties have provided a proposed order to that effect.

| | |
|---|---|
| Dated: February 4, 2026 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| /s/ *James M. Slater*<br>James M. Slater, D.C. Bar # 1044374<br>2296 Henderson Mill Rd. N.E. #116<br>Atlanta, GA 30345<br>james@slater.legal<br>Tel. (404) 458-7283<br><br>*Counsel for Plaintiff* | By: /s/ *William Thanhauser*<br>WILLIAM THANHAUSER<br>D.C. Bar #1737034<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-7706<br><br>*Attorneys for the United States of America* |