UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civil Action No. 25-3919 (JEB) |

## [PROPOSED] ORDER

Upon consideration of the joint status report and the entire record, the parties are ORDERED to file another joint status report on or before May 5, 2026, and additional joint status reports every ninety days until further Order of the Court.

SO ORDERED:

_____　　　　　　　　　　　　_____
　　Dated　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge