UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Defendant.

Civil Action No. 25-3919 (JEB)

**JOINT STATUS REPORT**

Pursuant to the Court's February 4, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant U.S. Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action:

1.      This case concerns a FOIA request submitted to ICE on April 28, 2025.  Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and ICE answered the Complaint on January 14, 2026, *see* ECF No. 6.

2.      In the last joint status report, ECF No. 7, ICE reported that it had completed an initial search, which returned 1,020 pages of potentially responsive records.  ICE further reported that it was currently reviewing these potentially responsive records, and that it intended to make its first production by March 15, 2026, and further productions every 60 days thereafter. *Id.*  ICE stated that it expected to process approximately 500 pages in every production. *Id.*

3.      On February 13, 2026, the U.S. Department of Homeland Security, of which ICE is a component agency, entered a lapse in appropriations, under which it presently remains.  ICE-FOIA employees were recalled to work on April 13, 2026, and are currently being paid and funded to perform their ordinary duties, which are inclusive of administrative processing and FOIA-

- 2 -

related litigation support.  ICE-FOIA employees can continue such work unless or until funding is no longer available to perform their ordinary duties.

4.     As a result of the lapse in appropriations, ICE was unable to work on the processing of Plaintiff's FOIA request for much of the past 90 days.  However, since the recall of ICE-FOIA employees, ICE has now begun working on the processing of Plaintiff's FOIA request and will continue such work so long as funding is available.  Assuming funding remains available, at present, ICE estimates that it can make its first production by June 4, 2026.

5.     The parties respectfully request that the Court order the parties to file another joint status report on or before August 3, 2026, with additional joint status reports due every ninety days thereafter.

Dated: May 5, 2026                                            Respectfully submitted,


                                                                               JEANINE FERRIS PIRRO
                                                                               United States Attorney

 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC                              By: */s/ William Thanhauser*
2296 Henderson Mill Rd. N.E. #116                 WILLIAM THANHAUSER
Atlanta, GA 30345                                               D.C. Bar #1737034
james@slater.legal                                            Assistant United States Attorney
Tel. (404) 458-7283                                          601 D Street, N.W.
                                                                               Washington, DC 20530
                                                                               (202) 252-7706

*Counsel for Plaintiff*
                                                                               *Attorneys for the United States of America*

- 2 -