UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

      Plaintiff,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Defendant.

Civil Action No. 25-3919 (JEB)

**JOINT STATUS REPORT**

Pursuant to the Court's May 5, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant U.S. Immigration and Customs Enforcement ("ICE") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action:

1.      This case concerns a FOIA request submitted to ICE on April 28, 2025.  Plaintiff filed the Complaint on November 12, 2025, *see* ECF No. 1, and ICE answered the Complaint on January 14, 2026, *see* ECF No. 6.

2.      There have been two joint status reports filed in this case.  *See* ECF Nos. 7 & 8.  In the first joint status report, ECF No. 7, ICE reported that it had completed an initial search of responsive records, which returned 1,020 pages of potentially responsive records; and that it expected to process approximately 500 pages every 60 days.  *See* ECF No. 7.  In the most recent joint status report, ECF No. 8, ICE reported that it had experienced a lapse in appropriations that delayed its work on the subject FOIA request; but that ICE-FOIA employees had recently returned to performing their ordinary duties and resumed that work.  ICE further reported that it estimated making its first production on June 4, 2026.

3.      Since the most recent joint status report, ICE has completed processing all 1,020

potentially responsive records returned from its initial search, and, on June 10, 2026, ICE made its

first and final release.  With this release, ICE believes production is complete in this case.  Plaintiff

has completed its review of the records released in response to its request, and believes the only

remaining issue in this matter is that of attorneys' fees.  Plaintiff's counsel has indicated that he

will provide a fee invoice for Defendant's review and consideration later this week.

4.      The parties respectfully request that the Court order the parties to file another joint

status report on or before November 2, 2026.


Dated: August 3, 2026                                        Respectfully submitted,


                                                            JEANINE FERRIS PIRRO
                                                            United States Attorney


 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC                          By: /s/ *William Thanhauser*
2296 Henderson Mill Rd. N.E. #116              WILLIAM THANHAUSER
Atlanta, GA 30345                              D.C. Bar #1737034
james@slater.legal                             Assistant United States Attorney
Tel. (404) 458-7283                            601 D Street, N.W.
                                               Washington, DC 20530
                                               (202) 252-7706

*Counsel for Plaintiff*
                                           *Attorneys for the United States of America*